# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| IN RE:   **DAVID V. SHABLIN** | ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 22-mc-91037-FDS |

## NOTICE OF FILING OF DISCIPLINARY ACTION

Notice is hereby given **DAVID V. SHABLIN,** of the filing with the United States District Court for the District of Massachusetts of a certified copy of a judgment or order demonstrating that you have been disciplined by the Supreme Judicial Court. A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.9.

Also enclosed is a Order to Show Cause to which you are required to respond within **twenty-eight (28) days** after service of this Notice and the Order, pursuant to this Court's Local Rule 83.6.9(b)(2).

DATED:  January 24, 2022

BY: _/s/ Robert M. Farrell_
Robert M. Farrell
Clerk of Court